# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 4/5/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

United States of America )
v. )
HARRY FREMONT BARR, JR. )
) Case No: 5:90-CR-00045-1BO
) USM No: 33593-060
Date of Original Judgment: July 17, 1991 )
Date of Previous Amended Judgment: ) Laura Wasco
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 144 months is reduced to ~~124~~ months as to Counts 1, 5, 13, and 18. In consideration of the maximum allowed by statute, the sentence in Counts 2, 6, 10, and 15 is 48 months and Counts 3 and 11 is 60 months, concurrent. Count 4 remains 60 months, consecutive to all counts, and Count 12 remains 240 months, consecutive to all counts.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 17, 1991, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4-5-17

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle   U.S. District Judge
Printed name and title